IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CELSO LEON,

    Petitioner,   No. CIV S-04-2631 FCD JFM P

  vs.

A.P. KANE, Warden, et al.,

    Respondents.   ORDER

_____/

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order respondents shall lodge the entire administrative record considered by the panel of the California Board of Prison Terms in connection with petitioner's January 23, 2001 subsequent parole consideration hearing.

DATED: March 26, 2008.

UNITED STATES MAGISTRATE JUDGE

/leon2631.fb