1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CELSO LEON,

11          Petitioner,                    No. 2:04-cv-2631 MCE JFM (HC)

12      vs.

13   A.P. KANE, Warden,

14          Respondent.              ORDER

15   _____/

16          In view of the order of the United States Court of Appeals filed August 5, 2011,

17   and good cause appearing, IT IS HEREBY ORDERED that:

18          1.  Petitioner's application for a writ of habeas corpus is denied; and

19          2.  The Clerk of the Court is directed to enter judgment in accordance with this

20   order.

21    Dated:  April 20, 2012

22

23                                         MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE
24

25

26

                                           1